**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: Christopher Michael Keener aka Christopher Keener aka Christopher M. Keener**
**Angela Dawn Keener aka Angela Keener aka Angela D. Keener**
**Debtor(s)**

**BK NO. 26-01998 MJC**

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/Maggie Soboleski

Maggie Soboleski
17 Aug 2026, 08:49:54, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322