United States Bankruptcy Court
Middle District of Pennsylvania

In re: Christopher Michael Keener
Angela Dawn Keener
Debtors

Case No. 26-01998-MJC
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Aug 24, 2026 | Form ID: ntcnfhrg | Total Noticed: 42 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Michael Keener, Angela Dawn Keener, 139 Frangorma Drive, Trucksville, PA 18708-1723 |
| 5818378 | | COMCAST, 12005 Ford Rd, Ste 800, Dallas, TX 75234-7660 |
| 5818379 | + | Commonwealth Health, Patient Financial Services, P.O. Box 742169, Cincinnati, OH 45274-0001 |
| 5818386 | | Geisinger Health System, Attn: Billing Dept, 100 N Academy Ave, Danville, PA 17822-9800 |
| 5818387 | + | Lehigh Valley Health Network, Patient Financial Services, P.O. Box 1883, Allentown, PA 18105-1883 |
| 5818388 | + | Moses Taylor Hospital, Attn: Billing Dept, 700 Quincy Avenue, Scranton, PA 18510-1798 |
| 5818402 | + | Wilkes-Barre General Hospital, Attn: Billing Address, 575 North River Street, Wilkes Barre, PA 18764-0001 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5818367 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 24 2026 19:01:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 5818366 | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Aug 24 2026 19:01:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5818369 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2026 19:01:34 | Capital One, AttN: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5818368 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 24 2026 19:01:34 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 5818370 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 24 2026 19:01:34 | Chase Card Services, PO Box 15369, Wilmington, DE 19850-5369 |
| 5818371 | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 24 2026 19:01:28 | Chase Card Services, Attn: Bankruptcy, PO Box 15299, Wilmington, DE 19850-5299 |
| 5818372 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2026 19:01:36 | Citibank, PO Box 6217, Sioux Falls, SD 57117-6217 |
| 5818373 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2026 19:01:29 | Citibank, Attn: Bankruptcy Department, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5818375 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2026 19:01:29 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5818374 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2026 19:01:22 | Citibank/Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5818377 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2026 19:11:50 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790046, Saint Louis, MO 63179-0046 |
| 5818376 | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 24 2026 19:01:29 | Citibank/the Home Depot, PO Box 6497, Sioux |

| | | | | |
|---|---|---|---|---|
| | | | | Falls, SD 57117-6497 |
| 5818380 | | Email/Text: mrdiscen@discover.com | Aug 24 2026 19:02:00 | Discovercard, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5818381 | | Email/Text: EBN@edfinancial.com | Aug 24 2026 19:02:00 | Edfinancial Services L, PO Box 30159, Knoxville, TN 37930-0159 |
| 5818382 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 24 2026 19:02:00 | Elan Fin Svcs/Ent Cu, Attn: Bankruptcy, 800 Nicoletti Mall, Minneapolis, MN 55402-7000 |
| 5818383 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Aug 24 2026 19:02:00 | Elan Fin Svcs/Ent Cu, Attn: Bnakruptcy, 800 Nicollet Mall, Minneapolis, MN 55402-7000 |
| 5821278 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 24 2026 19:02:00 | First National Bank of Omaha, 1601 Dodge St Stop Code 3113, Omaha, Ne 68197-3113 |
| 5818385 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 24 2026 19:02:00 | Fnb Omaha, Attn: Bankruptcy, PO Box 3128, Omaha, NE 68103-0128 |
| 5818384 | | Email/Text: collecadminbankruptcy@fnni.com | Aug 24 2026 19:02:00 | Fnb Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 5826205 | + | Email/Text: BNCnotices@dcmservices.com | Aug 24 2026 19:02:00 | GEISINGER, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5823266 | + | Email/Text: RASEBN@raslg.com | Aug 24 2026 19:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5818389 | | Email/Text: NissanBKNotices@nationalbankruptcy.com | Aug 24 2026 19:02:00 | NMAC, Attn: Bankruptcy, PO Box 660360, Dallas, TX 75266-0360 |
| 5818393 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 24 2026 19:02:00 | Pnc Financial/Pnc Bank, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |
| 5818394 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 24 2026 19:02:00 | Pnc Financial/Pnc Bank, Attn: Bankruptcy, 300 Fifth Ave, Cleveland, OH 15222 |
| 5818392 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 24 2026 19:02:00 | Pnc Financial/Pnc Bank, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 5818390 | | Email/PDF: ebnotices@pnmac.com | Aug 24 2026 19:11:54 | Pennymac Loan Services, LLC, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5818391 | | Email/PDF: ebnotices@pnmac.com | Aug 24 2026 19:01:22 | Pennymac Loan Services, LLC, PennyMac Loan Services, LLC, Attn: Bankr, PO Box 514387, Los Angeles, CA 90051-4387 |
| 5822809 | | Email/Text: bnc-quantum@quantum3group.com | Aug 24 2026 19:02:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5818396 | ^ | MEBN | Aug 24 2026 18:56:51 | Syncb/Old Navy, PO Box 8803, Wilmington, DE 19899-8803 |
| 5818397 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2026 19:01:28 | Syncb/Old Navy, Attn: Bankruptcy, PO Box 96506, Orlando, FL 32896-5065 |
| 5818399 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2026 19:01:20 | Synchrony Bank/Sams Club, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 5818398 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 24 2026 19:01:20 | Synchrony Bank/Sams Club, PO Box 71727, Philadelphia, PA 19176-1727 |
| 5822741 | + | Email/Text: EBN@edfinancial.com | Aug 24 2026 19:02:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5818400 | ^ | MEBN | Aug 24 2026 18:57:22 | Valor Int Pr, 12005 Ford Rd, Ste 800, Dallas, TX 75234-7660 |
| 5818401 | | Email/Text: Bankruptcy.Consumer@dish.com | Aug 24 2026 19:02:00 | Valor Intelligent Processing, LLC, Attn: Bankruptcy, 301 W Bay St, Jacksonville, FL 32202-5184 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5818395 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Financial/Pnc Bank, Attn: Bankruptcy, 300 Fifth Ave, Pittsburgh, PA 15222 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 2 Angela Dawn Keener MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Christopher Michael Keener MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |
| Maggie Soboleski | on behalf of Creditor PENNYMAC LOAN SERVICES LLC msoboleski@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Christopher Michael Keener,
aka Christopher Keener, aka Christopher M. Keener,

**Debtor 1**

Angela Dawn Keener,
aka Angela Keener, aka Angela D. Keener,

**Debtor 2**

Chapter 13

Case No. 5:26−bk−01998−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**September 24, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 1, 2026<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 24, 2026 |

ntcnfhrg (08/21)